IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LYNN McGRATH,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 3:07-cv-427-RJC-DCK<br><br>**ORDER** |

   This matter is before the Court on the Joint Motion of Plaintiff Lynn McGrath ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") to stay all proceedings in this action pending resolution of Merck's motion before the Judicial Panel on Multidistrict Litigation for transfer of this case to a single court for coordinated pretrial management, pursuant to 28 U.S.C. § 1407. This Court has reviewed the Joint Motion and, for good cause shown, and in the interest of judicial economy, it is hereby

   ORDERED that the Joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation is granted, and this case is stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation. It is further

   ORDERED that Merck shall be responsible for notifying the Court when a transfer decision has been made.

   Signed: October 25, 2007

   _____
   David C. Keesler
   United States Magistrate Judge